In the Matter of the Petition of PHILIP PIRSON, Respondent, for an Order Revoking and Canceling a Liquor Tax Certificate.

JOHN SCHUSTER, Appellant.

*Matter of Pirson*, 162 App. Div. 922, affirmed.
(Argued June 2, 1914; decided June 16, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1914, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*Vernon Cole* for appellant.

*Eugene M. Bartlett* and *William P. Colgan* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.